UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**Consolidated Risk Services, Inc.**

                                      **Plaintiffs**

vs                                           1:06-cv-871 (FJS/DEP)

**Automobile Dealers WC Self Insurance Trust, et al.**
                                      **Defendants**

---

## JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

The Court having been advised by counsel that the above entitled action has been settled, or is in the process of settling, it is unnecessary for the action to remain on the Court's open docket. Therefore, it is

**ORDERED** that the action is dismissed **WITHOUT PREJUDICE** and that the Court will retain jurisdiction to vacate this order and reopen the action for good cause shown that the settlement was not consummated and that further litigation is necessary, upon a motion by any party **within 60 days from the date of this order.** It is further

**ORDERED** that if no motion is filed, the dismissal will become **WITH PREJUDICE on the 61st day after the date of this order**. It is further

**ORDERED** that upon reaching a final settlement, the parties shall electronically file a stipulation of discontinuance and/or a settlement agreement.

**IT IS SO ORDERED.**

Date: March 31, 2011

                                                  Frederick J. Scullin, Jr.
                                                 Senior United States District Court Judge